IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE M. ALVAREZ | : | |
|     Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| and WARDEN BRYAN ANTONNELLI, | : | NO. 18-4072 |
|     Respondents. | : | |

## O R D E R

**AND NOW**, this 22nd day of October, 2018, upon consideration of Jose M. Alvarez's Petition for Writ of Habeas Corpus (Doc. No. 2), it is **ORDERED** that:

1. The petition shall be filed in CR. No. 08-CR-0434;

2. The petition for *habeas corpus* relief pursuant to 28 U.S.C. § 2241 is **DISMISSED**;

3. The Clerk of Court shall close this matter; and

4. A certificate of appealability will not issue because reasonable jurists would not debate the correctness of this Court's procedural ruling. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge